**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

DARRIN SHER,

                Plaintiff,

    -against-

CITY OF NEW YORK, JOHN HANNIGAN,
ERIK HANSEN, and JOHN or JANE DOE 1-10,

                Defendants.

-------------------------------------------------------------X

21 **CIVIL** 1339 (DLC)

## JUDGMENT

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 29, 2022, plaintiff's claims are dismissed and

judgment is entered for the defendants; accordingly, the case is closed.

**Dated:** New York, New York

      April 29, 2022

                        **RUBY J. KRAJICK**

                        **Clerk of Court**

**BY:**

                        **Deputy Clerk**